NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUL 25 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-1246 |
| Plaintiff - Appellee, | D.C. No. 3:20-cr-00308-AB-1 |
| v. | |
| BRANDON CHARLES NELSON, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Amy M. Baggio, District Judge, Presiding

Submitted July 15, 2025**

Before:     SILVERMAN, TALLMAN, and BUMATAY, Circuit Judges.

Brandon Charles Nelson appeals from the district court's judgment and

challenges the 12-month sentence imposed upon the third revocation of his

supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Nelson contends that the sentence is substantively unreasonable in light of

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

his childhood trauma, mental illness, and substance abuse, as well as the allegedly minor nature of his violation. We review this claim for abuse of discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

The district court did not abuse its discretion. The within-Guidelines sentence is substantively reasonable under the 18 U.S.C. § 3583(e) factors and the totality of the circumstances, including Nelson's repeated breaches of the court's trust over a short period of time. *See Gall*, 552 U.S. at 51; *United States v. Simtob*, 485 F.3d 1058, 1062 (9th Cir. 2007).

**AFFIRMED.**